FILED

A CERTIFIED TRUE COPY

JAN 1 4 2008

ATTEST _Carol Stewart_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2008 JAN 31  AM 10: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY ___ NL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 7 2007

FILED
CLERK'S OFFICE

# FILED

FEB 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST
LITIGATION**

MDL No. 1891

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 19, 2007, the Panel transferred 23 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable S. James Otero.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Otero.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 19, 2007, and, with the consent of that court, assigned to the Honorable S. James Otero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 01/31/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_Natalie Mangan_
DEPUTY CLERK



1197

**IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST
LITIGATION**

MDL No. 1891

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  07-4576        R. Stan Morris v. Korean Air Lines Co., Ltd. CV08-637 SJO (MANx)
  CAN 3  07-4891        Tae Ki Hwang, et al. v. Korean Air Lines Co., Ltd., et al. CVC8-638 SJO(MANx)
  CAN 3  07-4977        Chaejean Ko v. Korean Air Lines Co., Ltd., et al. CV08-639 SJO (MANx)
  CAN 3  07-5093        Jason Kim v. Korean Air Lines Co., Ltd., et al. CV08-640 SJO (MANx)
  CAN 3  07-5142        Junghee Kay v. Korean Air Lines Co., Ltd., et al. CV08-642 SJO (MANx)
  CAN 3  07-5143        Julie Yim, et al. v. Korean Air Lines Co., Ltd., et al. CV08-643 SJO(MANx)
  CAN 3  07-5171        Kangsik Kay v. Korean Air Lines Co., Ltd., et al. CV08-644 SJO (MANx)
  CAN 3  07-5216        Jo Kyu Chun v. Korean Air Lines Co., Ltd., et al. CV08-645 SJO (MANx)
  CAN 3  07-5406        Won B. Kang, et al. v. Korean Air Lines Co., Ltd., et al. CV08-646 SJO(MANx)
  CAN 3  07-5407        Christopher James Lee, et al. v. Korean Air Lines Co., Ltd., et al. CV08-647 SJO (MANx)
  CAN 3  07-5409        Peter Kim v. Korean Air Lines Co., Ltd., et al. CV08-648 SJO (MANx)

GEORGIA NORTHERN
  GAN 1  07-2129        John Perry v. Korean Air Lines Co., Ltd., et al. CV08-649 SJO (MANA)

MINNESOTA
  MN 0  07-3906         Steven Y. Hong, et al. v. Korean Air Lines Co., Ltd, et al. CV08-650 SJO(MANx)

WASHINGTON WESTERN
  WAW 2  07-1373       Ki Won Lee v. Korean Air Lines Co, Ltd., et al. CVC8-651 SJO (MANx)
  WAW 2  07-1382       Sungshic Park v. Korean Air Lines Co., Ltd. CV08-657 SJO (MANx)
  WAW 2  07-1450       Ki Ja Chung, et al. v. Asiana Airlines, Inc., et al. CVC8-658 SJO (MANA)
  WAW 2  07-1478       Jane Kim v. Korean Air Lines Co., Ltd. CV08-659 SJO (MANA)
  WAW 2  07-1506       Edward Yoo v. Korean Air Lines Co., Ltd., et al. CV08-660 SJO (MANx)
  WAW 2  07-1507       Eddie Moon v. Korean Air Lines Co., Ltd., et al. CV08-661 SJO (MANx)
  WAW 2  07-1599       Edward Cho v. Korean Air Lines Co., Ltd. CVC8-662 SJO (MANx)
  WAW 2  07-1602       Chang Choo v. Korean Air Lines Co., Ltd. CV08-664 SJO (MANx)
  WAW 2  07-1643       Mark Youn v. Korean Air Lines Co., Ltd. CV08-666 SJO (MANx)
  WAW 2  07-1691       Gyeong Hyeon Lee, et al. v. Korean Air Lines Co., Ltd. CV08-667 SJO (MANx)
  WAW 2  07-1799       Kevin Moon, et al. v. Korean Air Lines Co., Ltd., et al. CV08-668 SJO (MANx)